UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MICHAEL STOCKDALE, ) | NO. ED CV 08-0562 RSWL (FMO) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| DERRAL ADAMS, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 13, 2012

*RONALD S.W. LEW*
_____
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE